**LOUISVILLE & NASHVILLE RAILROAD CO., Movant, v. HUTSON et al., Opposed.**

Court of Appeals of Kentucky.

Feb. 10, 1939.

ASHBY M. WARREN, J. M. WHITE, H. L. BRYANT and J. C. BAKER for movant.

R. L. POPE and GEORGE R. POPE, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**MARCUM et al., Movant, v. CLAY MOTOR COMPANY, Opposed**

Court of Appeals of Kentucky.

Feb. 21, 1939.

A. D. HALL and T. T. BURCHELL for movant.

ROY W. HOUSE, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**PENDERGRASS, Movant, v. FIKE et al., Opposed.**

Court of Appeals of Kentucky.

Feb. 14, 1939.

EZART ASHCRAFT for movant.

ROBERT R. FRIEND, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.